DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCENT E. VITTI,**
Appellant,

v.

**WILLOUGHBY GOLF CLUB, INC.,**
Appellee.

No. 4D17-0949

[March 8, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 43-2015-CA-764-CAAXMX.

James N. Krivok of Dicker, Krivok & Stoloff, P.A., West Palm Beach, for appellant.

James K. Parker and Yvette R. Lavelle of Boyd Richards Parker & Colonnelli, P.L., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***